UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 690 (KPF) |
| LUIS MESON, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's motion for temporary bail. (Dkt. #79). The parties are hereby ORDERED to appear for a remote conference to discuss the issues raised in Defendant's pending motion on December 2, 2020, at 9:00 a.m. The date and time will be confirmed the week before the conference, and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated:  November 16, 2020
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge