**MEMO ENDORSED**



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

December 18, 2020

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Federal Square
New York, NY 10007

          Re:  *United States v. Tavarez  (Luis Meson*) (KPF)
              19 cr 690

Dear Judge Failla:

     Your Honor set bail for Mr. Meson in the above matter on December 7, 2020.  The conditions of bail included Mr. Meson having four financially responsible co-signors and residing with one of the co-signors.  Mr. Meson provided four co-signors that the United States Attorney's Office has approved as financially responsible, however, he has not been able to secure a place to reside with one of the co-signors.  Rather, the only available place for Mr. Meson to reside is with a close friend of his and his family, Pedro Reyes, who is a United States Citizen, with no criminal history.  Mr. Reyes was not approved to co-sign as a financially responsible person because he lost his job at the beginning of the pandemic and has not been able to obtain employment since then.  While Mr. Reyes has agreed to have Mr. Meson reside with

him, he only has a studio apartment, which would not permit Mr. Meson to properly quarantine once he leaves the MCC.  Therefore, the defense is proposing that Mr. Meson be permitted to quarantine at the MCC, and then be released to live in the studio apartment with Mr. Reyes.  It is the understanding of the defense that the MCC has a quarantine unit that it utilizes when inmates are going to and from court.  The defense respectfully requests that Mr. Meson be permitted to utilize this quarantine unit prior to leaving the MCC. Accordingly, the defense respectfully requests that Mr. Meson's bail conditions be slightly modified to permit him to live with Pedro Reyes, who has agreed to be a third-party custodian for Mr. Meson, after quarantining at the MCC. Nicholas Chiuchiolo, AUSA, has advised that the Government has no objection to Mr. Meson quarantining at the MCC, however, it takes no position as to Mr. Meson living with someone who has not been approved to be a financially responsible person.

                                        Respectfully submitted:

                                        s/

                                        Lorraine Gauli-Rufo
                                        Attorney for Luis Meson

cc:  Nicholas Chiuchiolo, AUSA
     Mollie Bracewell, AUSA
     Aline Fodr, AUSA

On December 7, 2020, the Court granted bail to Mr. Meson pursuant to 18 U.S.C. § 3142(i).  After conferring with officials at the Manhattan Correctional Center ("MCC"), the Court GRANTS Defendant's request to quarantine at the MCC.  The MCC is hereby directed to quarantine Mr. Meson in order to facilitate Mr. Meson's safe release given the ongoing COVID-19 pandemic.  The Court understands that the earliest the quarantine can begin is Monday, January 4, 2021, and that the quarantine may exceed 14 days to allow for Mr. Meson to receive the results of a COVID-19 test to be administered on the 14th day of his quarantine.  The appropriate officials at the MCC shall coordinate with Defense counsel to ensure Mr. Meson's prompt and safe release from detention.  Additionally, Defendant's request to reside with Mr. Reyes upon release is GRANTED.

Dated:    December 31, 2020               SO ORDERED.
          New York, New York

                                                            *Katherine Polk Failla*

      HON. KATHERINE POLK FAILLA
        UNITED STATES DISTRICT JUDGE