

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

January 22, 2021

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Federal Square
New York, NY 10007

        Re:  *United States v. Tavarez (Luis Meson)* (KPF)
          19 cr 690

Dear Judge Failla:

  On October 23, 2020, Your Honor ordered that pretrial motions in this case are due on January 22, 2021. On December 7, 2020, Your Honor granted Mr. Meson's request for temporary bail. Because of issues finding suitable co-signors and living accommodations, Mr. Meson quarantined at the MCC and was finally released from the jail this past Tuesday, January 19, 2021. As a result of this delay, Mr. Meson has not been able to meet with counsel during this time. Therefore, Mr. Meson respectfully requests an additional 30 days to review the evidence with counsel prior to filing pretrial motions. Nicholas Chiuchiolo, AUSA, has advised that the government takes no position as to this request. Your Honor's time and consideration of this request is greatly appreciated.

           Respectfully submitted:

           s/

           Lorraine Gauli-Rufo
           Attorney for Luis Meson

cc: Nicholas Chiuchiolo, AUSA
   Mollie Bracewell, AUSA

Aline Fodr, AUSA
All Counsel of Record

Application GRANTED.  The Court adopts the following briefing schedule as to Defendant Luis Meson:  Defendant's motions, if any, shall be due on or by February 22, 2021; the Government's Opposition shall be due on or by March 8, 2021; and Defendant's reply shall be due on or by March 15, 2021.

Dated:    January 22, 2021          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE