**MEMO ENDORSED**



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

Hon. Katherine Polk Failla                                February 8, 2021
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Federal Square
New York, NY 10007

                  Re: *United States v. Tavarez (Luis Meson)* (KPF) 19 cr 690

Dear Judge Failla:

      Your Honor granted bail for Mr. Meson on December 7, 2020 with a condition that limits his travel to the Southern and Eastern districts of New York. I am currently working out of my Verona, New Jersey office, and would like to schedule a meeting with Mr. Meson in that office. Therefore, I respectfully request that his bail be modified to permit travel to and from my New Jersey office, specifically for the purpose of meeting with counsel. Nicholas Chiuchiolo, AUSA, on behalf of the government, has no objection to this modification. Mohammed Ahmed, Mr. Meson's Pretrial Service officer notes that Mr. Meson has been compliant since released from the Metropolitan Correctional Center. Your Honor's time and consideration of this request is greatly appreciated.

                                              Respectfully,

                                              s/

                                              Lorraine Gauli-Rufo
                                              Attorney for Luis Meson

cc:  All Counsel of Record

Application GRANTED.

Dated:    February 8, 2021         SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE