

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

———

Hon. Katherine Polk Failla                                     February 23, 2021
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Federal Square
New York, NY 10007

                        Re: *United States v. Tavarez (Luis Meson)* (KPF) 19 cr 690

Dear Judge Failla:

      On December 7, 2020, Your Honor ordered the release of Mr. Meson on bail, and permitted him to reside with a family friend, Pedro Reyes, who has a studio apartment.  Mr. Meson has requested that he be permitted instead to live with his Aunt, Sonya Ramirez, who lives by herself in a one-bedroom apartment in the Bronx, NY.  Neither Nicholas Chiuchiolo, AUSA nor Mohammed Ahmed, Mr. Meson's Pretrial Service Officer have any objection to this request.  If Your Honor grant's this bail modification request, Mr. Meson will coordinate his move with Pretrial Services. Your Honor's consideration of this request is greatly appreciated.

                                          Respectfully submitted:

                                          s/

                                          Lorraine Gauli-Rufo
                                          Attorney for Luis Meson

cc:  All Counsel of Record

Application GRANTED.

Dated:    February 23, 2021          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE