UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 19 Cr. 690 (KPF) |
| LUIS MESON, | SCHEDULING ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a change of plea hearing on March 19, 2021, at 10:00a.m.  The change of plea hearing shall take place by videoconference, and instructions for accessing the conference will be distributed in advance of the hearing.

SO ORDERED.

Dated:   March 11, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge