**MEMO ENDORSED**



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

Hon. Katherine Polk Failla   March 16, 2021
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Federal Square
New York, NY 10007

Re: *United States v. Tavarez (Luis Meson)* (KPF) 19 cr 690

Dear Judge Failla:

     On December 7, 2020, Your Honor ordered the release of Mr. Meson on bail, and permitted him to reside with a family friend, Pedro Reyes, who has a studio apartment. On February 23, 2021, at the request of Mr. Meson, Your Honor modified his bail to permit him to reside with his Aunt Sonya Ramirez. Ms. Ramirez was advised by her landlord that Mr. Meson can no longer reside with her because only one person is permitted to live in her apartment. Therefore, we are respectfully requesting that Mr. Meson be permitted to live with another Aunt, Ledy Patricia Casado, who lives in Brooklyn in a two-bedroom apartment with her son. Neither Aline Flordr, AUSA nor Mohammed Ahmed, Mr. Meson's Pretrial Service Officer have any objection to this request. If Your Honor grants this bail modification request, Mr. Meson will coordinate his move with Pretrial Services. Your Honor's consideration of this request is greatly appreciated.

                      Respectfully submitted:

                      s/

                      Lorraine Gauli-Rufo
                      Attorney for Luis Meson

cc:  All Counsel of Record

Application GRANTED.

Dated:     March 17, 2021
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE