



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

———————

April 14, 2021

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007

Re: *United States v. Tavarez (Luis Meson)* (KPF) 19 cr 690

Dear Judge Failla:

On December 7, 2020, Your Honor ordered the release of Mr. Meson on bail with a condition of home incarceration. Mr. Meson has been offered a position of employment at a sandwich shop in Brooklyn, between 30 and 40 hours a week. We are therefore respectfully requesting that his bail conditions be modified to home detention, in order to permit him to work. Aline Flodr, AUSA, on behalf of the government, consents to this modification, on the condition that Mr. Meson's employer provide a weekly work schedule that is approved by Pretrial Services the week before Mr. Meson is to work. Mohammed Ahmed, Mr. Meson's Pretrial Service Officer has no objection to this request. We therefore seek a modification of bail to home detention in order to permit Mr. Meson to work at the offered position of employment and with a schedule that is verified by Pretrial Services. Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted:

s/

Lorraine Gauli-Rufo
Attorney for Luis Meson

cc: All Counsel of Record

Application GRANTED.

Dated:    April 14, 2021          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE