


NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

July 1, 2021

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007

Re: *United States v. Tavarez (Luis Meson)*
19 cr 690 (KPF)

Dear Judge Failla:

    Mr. Meson was released on bail with a condition of home detention. Mr. Meson respectfully requests to be permitted to attend a family gathering on July 10, 2021, in the Bronx, NY. The party is for his aunt who is coming into the United States from the Dominican Republic. As per the policy of the Pretrial Service Office, Josh Rothman, on behalf of Pretrial Services objects to the social leave request, however, Mr. Rothman notes that Mr. Meson has been fully compliant and has obtained steady employment. Nicholas Chiuchiolo, AUSA, on behalf of the Government has no objection. If Your Honor grants this order the hours will be determined by Pretrial Services. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted:

s/

Lorraine Gauli-Rufo
*Attorney for Luis Meson*

cc: Nicholas Chiuchiolo, AUSA
    Josh Rothman, PTSO

Application GRANTED.

Dated: July 1, 2021
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE