**MEMO ENDORSED**



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

July 7, 2021

*Via ECF*
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007

      Re: *United States v. Tavarez (Luis Meson)*
       19 cr 690 (KPF)

Dear Judge Failla:

  Sentencing in the above matter is scheduled for July 20, 2021. We are respectfully requesting an adjournment until mid-September for the following reasons. Mr. Meson is enrolled in two online college courses to further his education. Both courses -- Intro to Reading and Writing and Composition continue until September 5, 2021. In addition, Mr. Meson is currently in the process of obtaining letters for sentencing from his family who live in the Dominican Republic and is respectfully seeking additional time to collect them. Nicholas Chiuchiolo, AUSA on behalf of the Government has no objection to adjourning the sentencing until mid-September. Josh Rothman on behalf of Pretrial Services, has provided that while he takes no position regarding this request, Mr. Meson has been fully compliant while on pretrial release. Your Honor's time and consideration of this request is greatly appreciated.

           Respectfully submitted:
           s/
           Lorraine Gauli-Rufo
           *Attorney for Luis Meson*

cc: Nicholas Chiuchiolo, AUSA
    Josh Rothman, PTSO

Application GRANTED.  The sentencing scheduled for July 20, 2021, is hereby ADJOURNED to September 7, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The opening sentencing submission shall be due on or by August 24, 2021, and the response shall be due on or by August 31, 2021.

Dated:    July 7, 2021
           New York, New York

SO ORDERED.

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE