

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

**MEMO ENDORSED**

August 6, 2021

*Via ECF*
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007

                      Re: *United States v. Tavarez (Luis Meson)*
                          19 cr 690 (KPF)

Dear Judge Failla:

      Your Honor ordered Mr. Meson to home detention on April 14, 2021. Mr. Meson is requesting to have his bail be modified to a curfew for him to be able to spend more quality time with his daughter before his sentencing on September 7, 2021. Nicholas Chiuchiolo, AUSA, on behalf of the government, objects to this request. Mohammed Ahmed, Mr. Meson's Pretrial Service Officer has no objection to this request and notes that Mr. Meson has been fully compliant. We therefore seek a modification of bail to curfew that will be enforced by electronic monitoring with hours to be determined by Pretrial Services. Your Honor's consideration of this request is greatly appreciated.

                                                      Respectfully submitted:

                                                      s/
                                                      Lorraine Gauli-Rufo
                                                      *Attorney for Luis Meson*

cc: Nicholas Chiuchiolo, AUSA
     Aline Flodr, AUSA

Given the seriousness of the conduct to which Mr. Meson pleaded guilty and the limited basis on which he was released from detention, the Court DENIES Mr. Meson's request for bail modification.

Date:    August 6, 2021        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE