

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

August 25, 2021

*Via ECF*
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007



Re: *United States v. Tavarez (Luis Meson)*
     19 cr 690 (KPF)

Dear Judge Failla:

  Your Honor ordered Mr. Meson to home detention on April 14, 2021. Mr. Meson is requesting permission to have his bail modified so that he may attend his daughter's school for orientation on Tuesday, August 31, 2021, from 7-11 AM. The school would like both parents to be present. Nicholas Chiuchiolo, AUSA, on behalf of the Government, has no objection to this request. Mohammed Ahmed, Mr. Meson's Pretrial Service Officer defers to the Government and notes that Mr. Meson has been fully compliant. We therefore seek a modification of bail to permit Mr. Meson to attend his daughter's school orientation on August 31, 2021, from 7-11 AM. Your Honor's consideration of this request is greatly appreciated.

              Respectfully submitted:

              s/
              Lorraine Gauli-Rufo
              *Attorney for Luis Meson*

cc: Nicholas Chiuchiolo, AUSA
   Aline Flodr, AUSA

Application GRANTED. Defendant's terms of bail shall be modified for the limited purpose of permitting him to attend his daughter's school orientation on the date and time specified above.

Date: August 26, 2021
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE