

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

August 31, 2021

*Via ECF*
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007



Re: *United States v. Tavarez (Luis Meson)*
    19 cr 690 (KPF)

Dear Judge Failla:

Mr. Mason filed his sentencing submission on August 24, 2021. The enclosed character letters were received following that submission.  We respectfully request that Your Honor consider the enclosed letters, together with the sentencing submission previously filed, when sentencing Mr. Meson on September 7, 2021.[1]

                                       Respectfully submitted:
                                       s/

                                       Lorraine Gauli-Rufo
                                       *Attorney for Luis Meson*

Enclosures

cc: Nicholas Chiuchiolo, AUSA
    Aline Flodr, AUSA

---

[1] We also apologize to the Court for submitting the same letter as Exhibit C and D in the August 24, 2021 submission.

Application GRANTED.  The Court will consider the above-referenced exhibits together with Mr. Meson's sentencing submission of August 24, 2021. (Dkt. #178).

The Clerk of Court is directed to terminate the pending motion at docket entry 181.

```
Date:     September 1, 2021           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE