

6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

September 29, 2021

*Via ECF*
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007



Re: *United States v. Tavarez (Luis Meson)*
     19 cr 690 (KPF)

Dear Judge Failla:

    Your Honor ordered Mr. Meson to home detention on April 14, 2021. Mr. Meson is requesting permission to have his bail modified so that he may have a family day trip with his daughter from 9am – 8pm for pumpkin picking at White Post Farms in Melville, NY and then dinner afterward on October 17, 2021. Nicholas Chiuchiolo, AUSA, on behalf of the Government, defers to the Court. Mohammed Ahmed, Mr. Meson's Pretrial Service Officer opposes all requests for social events for individuals on home detention. Your Honor's consideration of this request is greatly appreciated.

                                                    Respectfully submitted:

                                                    s/ Lorraine Gauli-Rufo
                                                    Lorraine Gauli-Rufo
                                                    *Attorney for Luis Meson*

cc:  Nicholas Chiuchiolo, AUSA
      Mohammed Ahmed, PTSO

Application GRANTED.  The terms of Mr. Meson's bail shall be modified for the limited purpose of permitting him to take the family trip specified above.

Date:    September 30, 2021          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE