

6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

October 6, 2021

*Via ECF*
Hon. Katherine Polk Failla
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007



Re: *United States v. Tavarez (Luis Meson)*
    19 cr 690 (KPF)

Dear Judge Failla:

    Mr. Meson was sentenced by Your Honor on September 7, 2021 and is currently released on home detention pending his surrender to federal prison on November 12, 2021. Prior to serving his sentence, Mr. Meson would like to attend a family trip with his daughter to Six Flags Great Adventure in Jackson, NJ on October 10, 2021, from 10am – 10pm. Nicholas Chiuchiolo, AUSA, on behalf of the Government, defers to Pretrial and the Court. Mohammed Ahmed, Mr. Meson's Pretrial Service Officer opposes all requests for social events for individuals on home detention. Your Honor's consideration of this request is greatly appreciated.

                                          Respectfully submitted:

                                          s/ Lorraine Gauli-Rufo

                                          Lorraine Gauli-Rufo
                                          *Attorney for Luis Meson*

cc:  Nicholas Chiuchiolo, AUSA
     Mohammed Ahmed, PTSO

Application DENIED.  On September 30, 2021, the Court granted Defendant's first request to go on a family excursion in mid-October.  In light of this prior request, the Court declines to permit Defendant a second exception to the terms of his home confinement in as many weeks.

Date:     October 7, 2021  
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE