

6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

October 26, 2021

*Via ECF*
Hon. Katherine Polk Failla
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Federal Square
New York, NY 10007



        Re: *United States v. Tavarez (Luis Meson)*
           19 cr 690 (KPF)

Dear Judge Failla:

      Your Honor ordered Mr. Meson to surrender to the Federal Bureau of Prisons on November 12, 2021, to begin serving his five-year sentence. Mr. Meson respectfully requests permission to postpone his surrender date to a date after the holiday season so that he can spend the holidays with his family, and particularly his daughter. The last time Mr. Meson spent the holidays with his daughter was in 2018 when she was only 9 months old. It would mean a lot to Mr. Meson if he could spend this season with her since he will be in prison for the next five years. Also, his girlfriend is two months pregnant, and he would like to help her for the first few months financially and emotionally. Mr. Meson respectfully requests a surrender date early in the new year – January 2022. Nicholas Chiuchiolo, AUSA, on behalf of the Government, opposes the postponement of Mr. Meson's surrender date. Mohammed Ahmed of Pretrial Services does not take a position on this request but advised that Mr. Meson has been compliant. Your Honor's consideration of this request is greatly appreciated.

                                                  Respectfully submitted:

                                                  s/ Lorraine Gauli-Rufo
                                                  Lorraine Gauli-Rufo
                                                  *Attorney for Luis Meson*

cc: Nicholas Chiuchiolo, AUSA
    Mohammed Ahmed, PTSO

Application DENIED.

Date:    October 27, 2021    SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE