UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LUIS MESON,<br><br>                              Defendant. | 19 Cr. 690-3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 7, 2021, Defendant Luis Meson was sentenced principally to a term of imprisonment of one-hundred-eight (108) months, to be followed by a term of supervised release of four (4) years. (Dkt. #184 (judgment)).

In a filing received by the Court on April 8, 2024 (Dkt. #271), Mr. Meson requested that this Court reduce his sentence pursuant to Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G." or the "Guidelines"), which amendment went into effect on November 1, 2023, and applies retroactively. *See* 18 U.S.C. § 3582(c)(2) (discussing motions for sentence reductions "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission"). The United States Probation Office has issued a report indicating that Mr. Meson is not eligible for a sentence reduction. (Dkt. #272).[1]

The Court has considered the record in this case, and the submissions on this motion. The Court finds that Mr. Meson is ineligible for a reduction in

---

[1] If Mr. Meson wishes to review the Probation Office's eligibility memo, he may do so through his case manager.

sentence pursuant to Amendment 821 because the sentence that the Court imposed was already at the low end of his revised Guidelines range. To review, at his original sentencing, the Court calculated Mr. Meson's offense level to be 33 and his Criminal History Category to be I, yielding a Guidelines range of 135 to 168 months. (PSR ¶¶ 54-64). With the application of Amendment 821, Mr. Meson's amended offense level would be 31, yielding a Guidelines range of 108 to 135 months. *See* U.S.S.G. § 4C1.1 (providing for two-level reduction in offense level for certain offenders with zero criminal history points). Because the Court sentenced Mr. Meson to a term of 108 months' imprisonment, at the low end of the post-amendment Guidelines range, no further reduction in sentence is warranted. *See* U.S.S.G. § 1B1.10(b)(2)(A) (providing that, with an exception not applicable here, "the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range").

Accordingly, the Court DENIES Mr. Meson's sentence reduction motion. The Clerk of Court is directed to terminate the motion at docket entry 271, and is further directed to mail a copy of this Order and the related Form AO 247 to Mr. Meson at the following address:

> Luis Meson
> USM No. 87255-054
> FCI Yazoo City Low II
> Federal Correctional Institution
> P.O. Box 5000
> Yazoo City, MS   39194

SO ORDERED.

Dated: February 7, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge