Case 1:19-cr-00690-KPF   Document 292   Filed 02/07/25   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) <br> v. ) <br> LUIS MESON ) <br> ) <br> Date of Original Judgment: 09/07/2021 ) <br> Date of Previous Amended Judgment: ) <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 1:19-cr-00690-003 (KPF) <br> USM No: 87255-054 <br><br> Lorraine Gauli-Rufo <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/07/2021  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/07/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Katherine Polk Failla, U.S. District Judge
*Printed name and title*